# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MARK ANTHONY MOTON | § § | |
| v. | § § § | CIVIL ACTION NO. 3:20-CV-3173-S-BT |
| WARDEN BRYAN GORDY | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Any objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED December 9, 2020.

UNITED STATES DISTRICT JUDGE